GARY S. FERGUS (Cal. Bar No. 095318)
FERGUS, a law office
595 Market Street, Suite 2430
San Francisco, California 94115
Telephone: (415) 537-9032
Facsimile: (415) 537-9038
gfergus@ferguslegal.com

Counsel to the Futures Representative

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>WESTERN ASBESTOS COMPANY,<br><br>          Debtor.<br> | Case No. 02-46284 RLE<br><br>CHAPTER 11 |
| WESTERN ASBESTOS SETTLEMENT TRUST,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL J. MANDELBROT and `MANDELBROT LAW FIRM,<br><br>          Defendants.<br> | Adversary Case No. 12-04190 RLE<br><br>**THE FUTURES REPRESENTATIVE'S JOINDER IN WESTERN ASBESTOS SETTLEMENT TRUST'S OPPOSITION TO MOTION TO COMPEL** |
| THE HONORABLE CHARLES B. RENFREW (RET.), in his capacity as the Court Appointed Futures Representative in connection with the Western Asbestos Settlement Trust,<br><br>          Plaintiff Intervenor,<br><br>    v.<br><br>MICHAEL J. MANDELBROT and THE MANDELBROT LAW FIRM,<br><br>          Defendants. | <u>Hearing</u><br>Date: July 11, 2013<br>Time: 11:00 a.m.<br>Place: 1300 Clay Street, Courtroom 201<br>          Oakland, CA 94604<br>Judge: Honorable Roger L. Efremsky |

In Re Western Asbestos Company, Case No. 02-46284 RLE, Adv. Proc. No. 12-04190
The Futures Representative's Joinder in Western Asbestos Settlement Trust's Opposition to Motion to Compel

1 | The Honorable Charles B. Renfrew (Ret.), the legal representative appointed by the
2 | bankruptcy court to represent the interests of future asbestos claimants in connection with the
3 | Western Asbestos Settlement Trust (the "Trust") ("the Futures Representative"), hereby joins the
4 | Trust in the above captioned Opposition to Motion to Compel.

Dated: June 28, 2013

Respectfully Submitted

By    /s/ Gary S. Fergus
Gary S. Fergus, Cal. Bar No. 095318
Fergus, A Law Office
595 Market Street, Suite 2430
San Francisco, CA 94115
Telephone: (415) 537-9032
Facsimile: (415) 537-9038
Email: gfergus@ferguslegal.com
Counsel for the Futures Representative

2.
In Re Western Asbestos Company, Case No. 02-46284 RLE, Adv. Proc. No. 12-04190
The Futures Representative's Joinder in Western Asbestos Settlement Trust's Opposition to Motion to Compel
Case: 13-03205   Doc# 77   Filed: 06/28/13   Entered: 06/28/13 08:01:34   Page 2 of 4

PROOF OF SERVICE

I, Gary S. Fergus, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Francisco, California. I am over the age of 18 years and not a party to this cause. My business address is Fergus, a law office, 595 Market Street, Suite 2430, San Francisco, California 94105.

On June 28, 2013, I caused service of a copy of The Futures Representative's Joinder In Western Asbestos Settlement Trust's Opposition To Motion To Compel on the parties to this action as follows:

☑ (BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")) – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 28, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Dennis D. Davis     ddavis@gsdllaw.com, jrose@gsdllaw.com
- Gabriel I. Glazer   gglazer@stutman.com
- Marcy Railsback     Marcy@BovinoRailsback.com, marcyrailsback@hotmail.com

☑ (BY ELECTRONIC MAIL) I caused the above-mentioned documents to be served by email to the parties listed below on the date specified above:

Benjamin P. Smith
Aaron S. Dutra
bpsmith@morganlewis.com
asdutra@morganlewis.com

Michael E. Molland
mmolland@mollandlaw.com

Eve Karasik
ekarasik@stutman.com

Michael Ahrens
mahrens@sheppardmullin.com

☑ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Fergus, A Law Office, San Francisco, California. I am readily familiar with Fergus, A Law Office's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

Dennis D. Davis
Goldberg, Stinnett, Davis & Linchey
44 Montgomery St., Ste. 850
San Francisco, CA 94104

3.
In Re Western Asbestos Company, Case No. 02-46284 RLE, Adv. Proc. No. 12-04190
The Futures Representative's Joinder in Western Asbestos Settlement Trust's Opposition to Motion to Compel

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States of America that the |
| 2 | foregoing is true and correct, and that this declaration was executed on the 28th of June 2013 at |
| 3 | San Francisco, California. |
| 4 | /s/ Gary S. Fergus<br>Gary S. Fergus |

4.
In Re Western Asbestos Company, Case No. 02-46284 RLE, Adv. Proc. No. 12-04190
The Futures Representative's Joinder in Western Asbestos Settlement Trust's Opposition to Motion to Compel